# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL RODRIGUEZ CALDERON,<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT, et al.,<br>Respondents. | Case No. 1:26-cv-08960-JLT-SAB-HC<br>ORDER VACATING NOVEMBER 4, 2026 BRIEFING SCHEDULE<br>(ECF No. 4) |

In light of Petitioner filing a motion for temporary restraining order on November 16, 2026, (ECF No. 6), and the Court's briefing schedule for the motion, (ECF No. 7), the Court HEREBY VACATES the briefing schedule issued on November 4, 2026, (ECF No. 4).

IT IS SO ORDERED.

Dated: **November 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge